UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

    -against-

Juan C. Valdez Luna,

                Defendant.

7:19-MJ-12054(MRG)

J U D G M E N T

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on November 20, 2020 accepted the defendant's plea of guilty to the charge of Driving While Intoxicated, in violation of the provisions of New York Vehicle and Traffic Law § 1192., in full satisfaction of the Misdemeanor Complaint filed on December 30, 2019, and it is,

    ORDERED, ADJUDGED AND DECREED that the defendant Juan C. Valdez Luna is sentenced to:

(1) Suspension of driving privileges in New York State for a period of six (6) months; and

(2) The defendant shall attend one session of victim impact panel on February 18, 2021; and

(3) The defendant shall pay a fine of $750.00 with time to pay White Plains by March 18, 2021 or he is to appear on March 19, 2021 in the U.S. District court to show ause as to why the fine was not paid.

Dated: _Sept 9, 2022_
Poughkeepsie N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge